**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| ANDRE ABBOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:25-cv-00020-HEA |
| BRANDON PERKINS, | ) ) ) |
| Defendant. | ) |

**OPINION, MEMORANDUM AND ORDER**

This civil rights matter is before the Court on review of the file. Plaintiff has neither paid the $405 filing fee nor filed an application to proceed in the district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a). The Court will order plaintiff to either pay the fee or file the application within fourteen days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail plaintiff a copy of the application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $405 filing fee or submit the application to proceed in district court without prepaying fees or costs within fourteen (14) days of the date of this Order.

**IT IS FURTHER ORDERED** if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to plaintiff.

Dated this 9th day of May, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE